IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

      Plaintiff,

-v-                                                                   24-MC-6007

$21,071.00 UNITED STATES CURRENCY,

      Defendant.

---

## STIPULATION TO EXTEND PLAINTIFF'S TIME
## TO FILE COMPLAINT IN CIVIL FORFEITURE ACTION

    IT IS HEREBY STIPULATED and agreed upon between the parties, the United States of America by its attorney, Trini E. Ross, United States Attorney for the Western District of New York, Mary Clare Kane, Assistant United States Attorney, of counsel, and, Maurice J. Verrillo, Esq., attorney for claimant Timothy Jackson, that the government's time to file its Verified Complaint for Forfeiture be extended from June 20, 2024 to August 20, 2024, pursuant to Title 18, United States Code, Section 983(a)(3)(A).

    The parties to this Stipulation further agree that Timothy Jackson may revoke his consent in writing to extend the time for the government to file its Verified Complaint for Forfeiture against the above-named property, and in that event, the government shall then have twenty (20) days from the date the government received notice of such action to file its Verified Complaint for Forfeiture.

TRINI E. ROSS
United States Attorney
Western District of New York

Dated: June 12, 2024            BY: _____
                                    Mary Clare Kane
                                    Assistant United States Attorney
                                    United States Attorney's Office
                                    Western District of New York
                                    138 Delaware Avenue
                                    Buffalo, NY 14202
                                    716-843-5809
                                    mary.kane@usdoj.gov

Dated: June 11, 2024            _____
                                Maurice J. Verrillo, Esq.
                                3300 Monroe Avenue
                                Suite 301
                                Rochester, New York 14618
                                585-232-2640
                                maurice@verrillolaw.com
                                Attorney for Timothy Jackson